## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

RICO BENTON, ADC #97236                                                    PLAINTIFF

v.                                    NO. 5:14CV00287 JLH

RAY HOBBS, *et al*.                                                       DEFENDANTS

### JUDGMENT

Pursuant to the Order entered separately today, judgment is entered in favor of the defendants on the claims of Rico Benton. The complaint of Rico Benton is dismissed with prejudice.

IT IS SO ORDERED this 20th day of March, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE